1   Daniel B Chammas (SBN 204825)
    dchammas@fordharrison.com
2   Min K. Kim (SBN 305884)
    mkim@fordharrison.com
3   FORD & HARRISON LLP
    350 South Grand Avenue Suite 2300
4   Los Angeles, California 90071
    Telephone:   (213) 237-2400
5   Facsimile:    (213) 237-2401

6   Attorneys for Defendant
    OTO DEVELOPMENT, LLC
7

8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  HOUSTON BAXLEY, as an individual          Case No.   2:24-cv-00343
    and on behalf of all others similarly
12  situated,                                 **DEFENDANT OTO
                                              DEVELOPMENT, LLC'S NOTICE
13              Plaintiff,                    OF INTERESTED PARTIES AND
                                              CORPORATE DISCLOSURE
14      v.                                    STATEMENT**

15  OTO DEVELOPMENT, LLC, a
    Delaware limited liability company; and
16  DOES 1 through 50, inclusive,             Complaint Filed:  December 4, 2023
                                              Removal Filed:    January 12, 2024
17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

The undersigned, counsel of record for Defendant OTO DEVELOPMENT, LLC, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection |
|---|---|
| Houston Baxley | Plaintiff |
| OTO Development, LLC | Defendant |

Defendant has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

Dated:  January 12, 2024                     FORD & HARRISON LLP


By: _/s/ Min Kim_
　　Daniel B Chammas
　　Min K. Kim
　　Attorneys for Defendant,
　　OTO DEVELOPMENT, LLC

# PROOF OF SERVICE

I, Lillian Marquez, declare:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On **January 12, 2024**, I served a copy of the following document(s) described below on the interested parties in this action, as follows:

**DEFENDANT OTO DEVELOPMENT, LLC'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

| | |
|---|---|
| Larry W. Lee, Esq.<br>Max W. Gavron, Esq.<br>Kwanporn "Mai" Tulyathan, Esq.<br>DIVERSITY LAW GROUP, P.C.<br>515 S. Figueroa Street, Suite 1250<br>Los Angeles, CA 90071<br>Telephone: (213) 488-6555<br>Facsimile:  (213) 488-6554<br>lwlee@diversitylaw.com<br>mgavron@diversitylaw.com<br>ktulyathan@diversitylaw.com | Adam Rose, Esq.<br>Theodore Tang, Esq.<br>Manny Starr, Esq.<br>FRONTIER LAW CENTER<br>23901 Calabasas Road, #2074<br>Calabasas, CA 91302<br>Telephone: (818) 914-3433<br>Facsimile:  (818) 914-3433<br>adam@frontierlawcenter.com<br>theodore@frontierlawcenter.com<br>manny@frontierlawcenter.com |
| Attorneys for Plaintiff and Aggrieved Employees | Attorneys for Plaintiff and Aggrieved Employees |

☒ **BY U.S. MAIL:**  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **ELECTRONICALLY:**  I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

☒ **FEDERAL:**  I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and State of California that the above is true and correct.

Executed on **January 12, 2024**, at Los Angeles, California.

_____
Lillian Marquez