1  Daniel B Chammas (SBN 204825)
   dchammas@fordharrison.com
2  Min K. Kim (SBN 305884)
   mkim@fordharrison.com
3  FORD & HARRISON LLP
   350 South Grand Avenue Suite 2300
4  Los Angeles, California 90071
   Telephone:   (213) 237-2400
5  Facsimile:    (213) 237-2401

6  Attorneys for Defendant,
   OTO DEVELOPMENT, LLC
7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11  HOUSTON BAXLEY, as an individual        Case No. 2:24-cv-00343-PA-MAA
    and on behalf of all others similarly
12  situated,                               **DECLARATION OF MIN K. KIM
                                            IN SUPPORT OF DEFENDANT'S
13              Plaintiff,                   MOTION TO COMPEL
                                            ARBITRATION AND DISMISS
14       v.                                 CLASS CLAIMS**

15  OTO DEVELOPMENT, LLC, a                  Date:   February 26, 2024
    Delaware limited liability company; and  Time:  1:30 p.m.
16  DOES 1 through 50, inclusive,,           Ctrm:  9A

17              Defendants.

18

19                                          Complaint Filed: December 4, 2023
                                            Removal Filed:   January 12, 2024
20

21

22

23

24

25

26

27

28

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

1                    DECLARATION OF MIN K. KIM IN
                     SUPPORT OF DEFENDANT'S MOTION TO
                     COMPEL ARBITRATION AND DISMISS
                     CLASS CLAIMS

**<u>DECLARATION OF MIN K. KIM</u>**

I, Min K. Kim, declare as follows:

1.      I am an attorney at law, licensed to practice in the State of California and in the United States District Court for the Central District of California.  I am an attorney with the law firm of Ford & Harrison LLP, counsel of record for Defendant OTO Development, LLC ("Defendant") in this action, and make this declaration in support of Defendant's Motion to Compel Arbitration and Dismiss Class Claims.  All of the information set forth herein is based on my personal knowledge and, if called as a witness, I could competently testify thereto.

2.      Plaintiff Houston Baxley ("Plaintiff"), as an individual and on behalf of all others similarly situated, filed a Class Action Complaint against Defendant in Ventura County Superior Court on December 4, 2023 alleging violation of Labor Code §§ 201-203, even though Plaintiff has expressly waived her right to bring a class action and agreed to arbitrate her individual claims.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of January 2024, in Los Angeles, California.


*/s/ Min Kim*
Min K. Kim

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECLARATION OF MIN K. KIM IN
SUPPORT OF DEFENDANT'S MOTION TO
COMPEL ARBITRATION AND DISMISS
CLASS CLAIMS

## **PROOF OF SERVICE**

I, Lillian Marquez, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On **January 19, 2024**, I served a copy of the following document(s) described below on the interested parties in this action, as follows:

**DECLARATION OF MIN K. KIM IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS CLASS CLAIMS**

| | |
|---|---|
| Larry W. Lee, Esq.<br>Max W. Gavron, Esq.<br>Kwanporn "Mai" Tulyathan, Esq.<br>DIVERSITY LAW GROUP, P.C.<br>515 S. Figueroa Street, Suite 1250<br>Los Angeles, CA 90071<br>Telephone: (213) 488-6555<br>Facsimile: (213) 488-6554<br>lwlee@diversitylaw.com<br>mgavron@diversitylaw.com<br>ktulyathan@diversitylaw.com<br><br>Attorneys for Plaintiff and Aggrieved Employees | Adam Rose, Esq.<br>Theodore Tang, Esq.<br>Manny Starr, Esq.<br>FRONTIER LAW CENTER<br>23901 Calabasas Road, #2074<br>Calabasas, CA 91302<br>Telephone: (818) 914-3433<br>Facsimile: (818) 914-3433<br>adam@frontierlawcenter.com<br>theodore@frontierlawcenter.com<br>manny@frontierlawcenter.com<br><br>Attorneys for Plaintiff and Aggrieved Employees |

☐ **BY U.S. MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and State of California that the above is true and correct.

Executed on **January 19, 2024**, at Los Angeles, California.

_____
Lillian Marquez