# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON BAXLEY, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OTO DEVELOPMENT, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00343-PA-MAA<br><br>Assigned to Hon. Percy Anderson<br>Magistrate Judge Maria A. Audero<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS CLASS CLAIMS**<br><br>Date:　February 26, 2024<br>Time:　1:30 p.m.<br>Ctrm:　9A<br><br><br>Complaint Filed: December 4, 2023<br>Removal Filed:　January 12, 2024 |

Ford & Harrison LLP
Attorneys at Law
Los Angeles

1

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO COMPEL ARBITRATION AND
DISMISS CLASS CLAIMS

# [PROPOSED] ORDER

On February 26, 2024, at approximately 1:30 p.m., in Courtroom 9A of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA, 90012, a hearing on Defendant OTO Development, LLC ("Defendant") Motion to Compel Arbitration and Dismiss Class Claims was held before the Honorable Percy Anderson.

After full consideration of the pleadings, the moving and responding papers, the authorities submitted by Defendant's counsel and Plaintiff's counsel, as well as oral argument by both counsel, and good cause appearing therefore, the Court orders as follows:

IT IS HEREBY ORDERED that, in light of the arbitration agreement entered into between the parties, Defendant's Motion to Compel Arbitration and Dismiss Class Claims is hereby GRANTED.

IT IS ORDERED the Parties are ordered to proceed to arbitration on Plaintiff's individual claims only, Plaintiff's class claims are dismissed, and the above-entitled civil action is hereby stayed pending arbitration.

IT IS FURTHER ORDERED that the Court sets a status conference regarding the status of arbitration for _____.

**IT IS SO ORDERED.**

Dated: _____, 2024   By:_____
                                                      The Honorable Percy Anderson
                                                      United States District Judge

# PROOF OF SERVICE

I, Lillian Marquez, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On **January 19, 2024**, I served a copy of the following document(s) described below on the interested parties in this action, as follows:

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS CLASS CLAIMS**

| | |
|---|---|
| Larry W. Lee, Esq.<br>Max W. Gavron, Esq.<br>Kwanporn "Mai" Tulyathan, Esq.<br>DIVERSITY LAW GROUP, P.C.<br>515 S. Figueroa Street, Suite 1250<br>Los Angeles, CA 90071<br>Telephone: (213) 488-6555<br>Facsimile: (213) 488-6554<br>lwlee@diversitylaw.com<br>mgavron@diversitylaw.com<br>ktulyathan@diversitylaw.com<br><br>Attorneys for Plaintiff and Aggrieved Employees | Adam Rose, Esq.<br>Theodore Tang, Esq.<br>Manny Starr, Esq.<br>FRONTIER LAW CENTER<br>23901 Calabasas Road, #2074<br>Calabasas, CA 91302<br>Telephone: (818) 914-3433<br>Facsimile: (818) 914-3433<br>adam@frontierlawcenter.com<br>theodore@frontierlawcenter.com<br>manny@frontierlawcenter.com<br><br>Attorneys for Plaintiff and Aggrieved Employees |

☐ **BY U.S. MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and State of California that the above is true and correct.

Executed on **January 19, 2024**, at Los Angeles, California.

_Lillian Marquez_
Lillian Marquez